UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **VBR TOURS, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**NATIONAL RAILROAD PASSENGER CORP., and YANKEE LEISURE GROUP, INC.**<br><br>　　　　**Defendant.** | **Case No.: 14-CV-00804** |

## DEFENDANT NATIONAL RAILROAD PASSENGER CORP.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendant National Railroad Passenger Corp. ("Amtrak"), by its attorneys Reed Smith LLP, respectfully submits this Motion to Dismiss Plaintiff VBR Tours, LLC's ("Plaintiff") Complaint for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds in support of this Motion are set forth in Amtrak's Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim, which is filed simultaneously herewith.

**WHEREFORE**, Amtrak respectfully requests that this Court dismiss the Complaint with prejudice.

Date:　April 21, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Diane Green-Kelly
　　　　　　　　　　　　　　　　　　　Diane Green-Kelly (SBN 6216868)
　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　10 South Wacker Drive
　　　　　　　　　　　　　　　　　　　Chicago, IL  60606-7507
　　　　　　　　　　　　　　　　　　　Telephone: +1 312 207 1000
　　　　　　　　　　　　　　　　　　　Facsimile: +1 312 207 6400

- 2 -

Henry F. Reichner (*pro hac vice*)
Nipun J. Patel (*pro hac vice* forthcoming)
Three Logan Square
1717 Arch St., Suite 3100
Philadelphia, PA 19103
Telephone: +1 215 851 8100
Facsimile: +1 215 851 1240

*Counsel for Defendant*
*National Railroad Passenger Corp.*

- 2 -