**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VBR TOURS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14-cv-804 |
| v. ) | |
| ) | Judge Robert M. Dow, Jr. |
| NATIONAL RAILROAD PASSENGER ) | |
| CORP., and YANKEE LEISURE GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## <u>ORDER</u>

Upon consideration of Defendants' joint motion to stay discovery pending resolution of motions to dismiss [29], the memorandum in support of the motion [30], and Plaintiff's brief in opposition [35], the motion [29] is respectfully denied. The Court concludes that Defendants have not made a compelling case for halting discovery altogether during the pendency of the motions to dismiss. With that said, the Court does believe that discovery should be carefully managed to proceed in tandem with the unfolding of the case through motion practice. Whether, at the outset, discovery should be limited to "market definition," as Defendants suggest, or should be trifurcated, as Plaintiff suggests, or should proceed in some other, measured fashion will be determined by Magistrate Judge Rowland with input of course from the parties. See [28] (Judge Rowland's order that at the initial status hearing before her the parties "should be prepared to set a sensible discovery schedule in light of the pending motions to dismiss").

Dated: June 4, 2014      _____
                         Robert M. Dow, Jr.
                         United States District Judge