## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VBR Tours, LLC , Plaintiff(s), v. National Railroad Passenger Corp. and Yankee Leisure Group, Inc., Defendant(s). | Case No. 14-cv-804 Judge Robert M. Dow |

## **ORDER**

The Court denies VBR's motion [62] for leave to file an amended complaint. The Court will allow VBR one more opportunity to consider whether it believes that it can cure the deficiencies identified above (and in the Court's prior opinions) through the filing of an amended complaint. If VBR wishes to file another motion for leave to file an amended complaint, it should file the motion, along with a copy of the proposed amended complaint, by 10/14/2016. This case is set for further status hearing on 10/20/2016 at 9:00 a.m. If VBR does not wish to seek leave to replead, it may so advise the Courtroom Deputy, in which case the Court enter a final judgment under FRCP 58 and strike the October 20 status hearing. For further details see Memorandum Opinion and Order.

Date: 9/15/2016 /s/ Robert M. Dow, Jr.
United States District Judge