## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

VBR Tours, LLC

                                      Plaintiff,

v.                                                               Case No.: 1:14–cv–00804

                                                                   Honorable Robert M. Dow Jr.

National Railroad Passenger Corp., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 20, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. Counsel for Plaintiff advises that Plaintiff wishes to stand on its amended complaint and will not be submitting a motion for leave to file another amended complaint. Accordingly, as discussed on the record, the Court will issue a final judgment order under FRCP 58 in favor of Defendants and against Plaintiff. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.