# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

VBR Tours, LLC,

Plaintiff(s),

v.

National Railroad Passenger Corp. and Yankee Leisure Group, Inc.,

Defendant(s).

Case No. 14-cv-804
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) National Railroad Passenger Corp. and Yankee Leisure Group, Inc. and against plaintiff(s) VBR Tours, LLC.

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion

Date: 10/21/2016                    Thomas G. Bruton, Clerk of Court

                                    C. Hoesly, Deputy Clerk