IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VBR TOURS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | No. 14-cv-804 |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORP. | ) | Judge Robert M. Dow, Jr. |
| and YANKEE LEISURE GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that VBR Tours, LLC, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment entered in this action on the 21st day of October, 2016, and from the following Orders relating to that final Judgment:

a. the January 15, 2015 Memorandum Opinion and Order granting defendants' 12(b)(6) motions to dismiss;

b. the September 28, 2015 Memorandum Opinion and Order denying plaintiff's motion to reconsider;

c. the September 15, 2016 Memorandum Opinion and Order denying plaintiff's motion for leave to file an amended complaint.

Date: November 16, 2016                    VBR TOURS, LLC

                                           By: /s/ Paul J. Kozacky
                                                One of its attorneys

PLAINTIFF'S ATTORNEYS

Paul J. Kozacky
Alastar S. McGrath
Brian P. O'Connor
KOZACKY WEITZEL MCGRATH P.C.
55 West Monroe Street, 24th Floor
Chicago, Illinois 60603
(312) 696-0900
pkozacky@kwmlawyers.com
amcgrath@kwmlawyers.com
boconnor@kwmlawyers.com

## CERTIFICATE OF SERVICE

I, Sarah E. Pace, an attorney, certify that I caused the following persons to be served with the foregoing Notice of Appeal via ECF on November 16, 2016:

**Henry F. Reichner**
**Nipun Patel**
Reed Smith LLP
1650 Market Street
2500 One Liberty PL
Philadelphia, PA 19103
hreichner@reedsmith.com
npatel@reedsmith.com

**Diane Green-Kelly**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
dgreenkelly@reedsmith.com

**Peter A. Lauricella**
Wilson Elser Moskowitz Edelman & Dicker, LLP
677 Broadway
9th Floor
Albany, NY 12207
peter.lauricella@wilsonelser.com

**Michael P. McCloskey**
Wilson Elser Moskowitz Edelman & Dicker, LLP
655 W. Broadway
Suite 900
San Diego, CA 92101
Michael.mccloskey@wilsonelser.com

**Loren S. Cohen**
Wilson Elser Moskowitz Edelamn Dicker
55 W. Monroe Street
Suite 3800
loren.cohen@wilsonelser.com

                                                                                /s/ Sarah E. Pace