# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois  60604

December 6, 2016

**By the Court:**

| | |
|---|---|
| VBR TOURS, LLC, | ] Appeal from the United |
|     Plaintiff-Appellant, | ] States District Court for |
| | ] the Northern District of |
| No. 16-3921        v. | ] Illinois, Eastern Division. |
| | ] |
| NATIONAL RAILROAD PASSENGER | ] No. 1:14-cv-00804 |
| CORPORATION, et al, | ] |
|     Defendants-Appellees. | ] Robert M. Dow, Jr., Judge. |

O R D E R

The court, on its own motion, orders attorney Paul J. Kozacky to show cause for his failure to respond to the court's order of November 18, 2016.  Attorney Kozacky shall file his response on or before December 13, 2016.

Counsel is advised that failure to respond may result in monetary or disciplinary sanctions.