IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VBR TOURS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | No. 14-cv-804 |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORP. | ) | Judge Robert M. Dow, Jr. |
| and YANKEE LEISURE GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **DESIGNATIONS FOR RECORD ON APPEAL**

Plaintiff-Appellant, VBR Tours, LLC, requests that the following additional items, inclusive of exhibits, be included in the Record on Appeal:

| | | | |
|---|---|---|---|
| a. | Docket 13 | 4/21/14 | National Railroad ("Amtrak") Motion to Dismiss |
| b. | Docket 14 | 4/21/14 | Memorandum in Support of Amtrak Motion to Dismiss |
| c. | Docket 17 | 4/21/14 | Yankee Motion to Dismiss |
| d. | Docket 18 | 4/21/14 | Memorandum in Support of Yankee Motion to Dismiss |
| e. | Docket 29 | 5/16/14 | Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss |
| f. | Docket 30 | 5/16/14 | Defendants' Memorandum in Support of Motion to Stay Discovery |
| g. | Docket 34 | 5/28/14 | VBR Response to Amtrak and Yankee Motions to Dismiss |

| | | | |
|---|---|---|---|
| h. | Docket 35 | 5/30/14 | VBR Response to Defendants' Motion to Stay |
| i. | Docket 43 | 6/13/14 | Amtrak Reply in support of Motion to Dismiss |
| j. | Docket 44 | 6/13/14 | Yankee Reply in support of Motion to Dismiss |
| k. | Docket 47 | 1/26/15 | VBR Motion for Reconsideration re Order on Motion to Dismiss |
| l. | Docket 53 | 2/17/15 | Amtrak Memorandum in Opposition to VBR Motion for Reconsideration |
| m. | Docket 54 | 2/17/15 | Yankee Memorandum in Opposition to VBR Motion for Reconsideration |
| n. | Docket 55 | 2/24/15 | VBR Motion for Leave to file Reply in Support of Motion for Reconsideration |
| o. | Docket 64 | 10/26/15 | VBR Motion for Leave to file Amended Complaint |
| p. | Docket 71 | 12/10/15 | Amtrak Memorandum in Opposition to VBR Motion for Leave to File Amended Complaint |
| q. | Docket 72 | 12/10/15 | Yankee Memorandum in Opposition to VBR Motion for Leave to File Amended Complaint |
| r. | Docket 73 | 12/30/15 | VBR Reply in support of Motion for Leave to file Amended Complaint |

Respectfully submitted,

Date: December 19, 2016

VBR TOURS, LLC

By: __/s/ Paul J. Kozacky____
One of its attorneys

Paul J. Kozack
    Counsel of Record for Plaintiff-Appellant
Jerome R. Weitzel
Sarah E. Pace
KOZACKY WEITZEL MCGRATH, P.C.
55 West Monroe Street, 24th Floor
Chicago, Illinois 60603
(312) 696-0900
pkozacky@kwmlawyers.com
jweitzel@kwmlawyers.com
space@kwmlawyers.com

## CERTIFICATE OF SERVICE

I, Sarah E. Pace, an attorney, certify that I caused the following persons to be served with the foregoing via ECF on December 19, 2016:

**Henry F. Reichner**
Reed Smith LLP
1650 Market Street
2500 One Liberty PL
Philadelphia, PA 19103
hreichner@reedsmith.com

**Diane Green-Kelly**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
dgreenkelly@reedsmith.com

**Peter A. Lauricella**
Wilson Elser Moskowitz Edelman & Dicker, LLP
677 Broadway
9th Floor
Albany, NY 12207
peter.lauricella@wilsonelser.com

**Michael P. McCloskey**
Wilson Elser Moskowitz Edelman & Dicker, LLP
655 W. Broadway
Suite 900
San Diego, CA 92101
Michael.mccloskey@wilsonelser.com

**Loren S. Cohen**
Wilson Elser Moskowitz Edelamn Dicker
55 W. Monroe Street
Suite 3800
loren.cohen@wilsonelser.com

I further certify that I caused the following person to be served with the foregoing via email on December 19, 2016 :

>Melissa A. Murphy-Petros
>Wilson Elser Moskowitz Edelamn Dicker
>55 W. Monroe Street
>Suite 3800
>Chicago, IL  60602
>melissa.murphy-petros@wilsonelser.com

       /s/ Sarah E. Pace